**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-4482**

─────────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

EUGENE NESBITT,

                                    Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (CR-01-597)

─────────────

Submitted:  December 10, 2002      Decided:  January 16, 2003

─────────────

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

James Wyda, Federal Public Defender, Denise C. Barrett, Assistant
Federal Public Defender, Baltimore, Maryland, for Appellant.
Thomas M. DiBiagio, United States Attorney, Paul M. Tiao, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Following a conditional guilty plea, Eugene Nesbitt was convicted of possessing ammunition after having been convicted of a felony, see 18 U.S.C.A. § 922(g) (West 2000), and sentenced to 180 months in prison. Nesbitt reserved his right to appeal the district court's denial of his motion to suppress evidence obtained during a search of his vehicle and has appealed that order. We have reviewed the record and considered the arguments made on appeal, and we find no reversible error. Accordingly, we affirm the district court's denial of the motion to suppress and we therefore affirm Nesbitt's conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED